IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CIV. NO. 3:14-cv-00129-SMY-SCW |
|  | ) |  |
| Plaintiff | ) |  |
| v. | ) | District Judge Staci M. Yandle |
|  | ) | Magistrate Judge Stephen C. Williams |
| LORRAINE WALLSCHLAEGER, | ) |  |
| BARBARA CRUBAUGH, and | ) |  |
| DAVID CRUBAUGH, | ) |  |
|  | ) |  |
| Defendants. | ) |  |

## UNITED STATES' MOTION FOR ENTRY OF PROPOSED STIPULATED DISCOVERY ORDER AND STIPULATED PROTECTIVE ORDER

Plaintiff the United States respectfully moves for entry of the proposed Stipulated Discovery Order and Stipulated Protective Order agreed to by Plaintiff the United States and Defendants Lorraine Wallschlaeger, Barbara Crubaugh, and David Crubaugh (collectively, "parties"). As described in more detail in the proposed Stipulated Discovery Order and Stipulated Protective Order (submitted via email), the parties believe that such an order is necessary to further define the parties' discovery obligations, pursuant to Local Rule 26.1(d), and to protect confidential material obtained by the parties in the course of litigation, including social security numbers, residential addresses, financial information, and other personally identifying information of parties and witnesses, and the identity of United States Department of Justice personnel who conducted the fair housing testing involved in this litigation.

Respectfully submitted this 15th day of December, 2014.

STEPHEN R. WIGGINTON                     VANITA GUPTA
United States Attorney                   Acting Assistant Attorney General
Southern District of Illinois            Civil Rights Division

1

JENNIFER HUDSON
Assistant United States Attorney
9 Executive Drive
Fairview Heights, Illinois 66208
Tel.: (618) 628-3700
Fax: (618) 628-3730
Jennifer.Hudson2@usdoj.gov

STEVEN H. ROSENBAUM
Chief
Housing and Civil Enforcement Section

/s/ Emily M. Savner_____
TIMOTHY J. MORAN
Deputy Chief
EMILY M. SAVNER
ANDREA K. STEINACKER
Attorneys
U.S. Department of Justice
Civil Rights Division
Housing and Civil Enforcement Section
950 Pennsylvania Avenue - NWB
Washington, D.C. 20530
Tel.: (202) 353-4081
Fax: (202) 514-1116
Emily.Savner@usdoj.gov

# CERTIFICATE OF SERVICE

I hereby certify that on December 15, 2014, I served the foregoing document entitled **Plaintiff United States' Motion for Entry of Stipulated Discovery Order and Stipulated Protective Order** via the Court's ECF system to the following counsel of record:

Attorney for Defendants Lorraine Wallschlaeger, Barbara Crubaugh, and David Crubaugh:

>   Ronald E. Fuhr, Esq.
>   Siemer, Austin & Fuhr
>   307 North Third Street
>   P.O. Box 607
>   Effingham, Illinois  62401-0607
>   rfuhr@siemeraustin.com

Attorney for proposed-Intervenor plaintiffs Lorenzo Townsend, Shannon Finfrock, James Tieffel, and HOPE Fair Housing Center:

>   Thomas E. Kennedy, III
>   Law Offices of Thomas E. Kennedy III, L.C.
>   112 Front Street
>   Alton, IL 62002
>   tkennedy@tkennedylaw.com

>>  s/ Emily M. Savner
>>  EMILY M. SAVNER
>>  Trial Attorney